Dismissed and Memorandum Opinion filed February 1, 2007








Dismissed
and Memorandum Opinion filed February 1, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00009-CR

____________

 

WESLEY TODD DANIELS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 338th District Court

 Harris County, Texas

Trial Court Cause No. 1058773

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to theft.  In accordance with the terms of a plea bargain
agreement with the State, the trial court sentenced appellant on November 29,
2006, to confinement for four years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We
dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 1, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P.
47.2(b)